UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE STEIN

-----------------------------------------------------------------------X

OLIVINE ELECTRONICS PTE LTD.,

                  Plaintiff,

- against -

COMPANIA SUD AMERICANA DE VAPORES S.A.
a/k/a/ CSAV or CSAV S.A.

                  Defendant.

-----------------------------------------------------------------------X

07 CV 3149

ECF CASE

RECEIVED
APR 19 2007
U.S.D.C. S.D.N.Y.
CASHIER

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and

magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney

of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or

affiliates of the Plaintiff:

NONE.

Dated: April 19, 2007
       Southport, CT

                      The Plaintiff,
                      STAR TANKERS LTD.

By: _____
                      Patrick F. Lennon (PL 2162)
                      Nancy R. Peterson (NP 2871)
                      TISDALE & LENNON, LLC
                      11 West 42nd Street, Suite 900
                      New York, NY 10036
                      (212) 354-0025 – phone
                      (212) 869-0067 – fax
                      plennon@tisdale-lennon.com
                      npeterson@tisdale-lennon.com