MAHONEY & KEANE, LLP
Attorneys for Defendant
COMPANIA SUD AMERICAN DE VAPORES S.A.
11 Hanover Square at
76 Beaver Street
New York, New York 10005
[T](212) 385-1422
[F](212) 385-1605
Email lawoffices@mahoneykeane.com
File No.: 42/3400/B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
OLIVINE ELECTRONICS PTE LTD.,          **07 CV 3149 (SHS)**

        Plaintiff,

                                            RULE 7.1 STATEMENT

   -against-

COMPANIA SUD AMERICANA DE VAPORES S.A.
a/k/a CSAV or CSAV S.A.,

        Defendant.
------------------------------------------X

     EDWARD A. KEANE, of the firm of MAHONEY AND KEANE, attorneys of record for defendant, COMPANIA SUD AMERICANA DE VAPORES S.A. a/k/a CSAV or CSAV S.A., certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of COMPANIA SUD AMERICANA DE VAPORES S.A. a/k/a CSAV or CSAV S.A.

Dated:  New York, N.Y.
       June 2, 2008

                                            /S/ Edward A. Keane
                                            EDWARD A. KEANE