*Please Return [illegible] Stein (J)*
*Note: Int Bearing Account*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
OLIVINE ELECTRONICS PTE LTD.,                07 CV 3149 (SHS)

                Plaintiff,

   -against-                                   ORDER

COMPANIA SUD AMERICANA DE VAPORES S.A.
a/k/a CSAV or CSAV S.A.,
                Defendant.
------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08
```

### ORDER DIRECTING HSBC BANK USA TO PAY ATACHED FUNDS INTO THE REGISTRY OF THE DISTRICT COURT

**WHEREAS** HSBC BANK USA is the garnishee of assets of Defendant COMPANIA SUD AMERICANA DE VAPORES S.A.. in the amount of US$701,476.46 pursuant to process of maritime attachment issued in the above-captioned maritime action pursuant to Order of this Court; and

**WHEREAS** the defendant consents to and hereby applies for an Order that its funds attached at HSBC BANK USA in the amount of USD$701,476.46 should be paid into the Registry of the Court and deposited in an interest bearing account; and good cause having been shown for such an order;

**IT IS HEREBY ORDERED** that, pursuant to Rule B(3)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, HSBC BANK USA shall pay the attached funds into the Registry of this Court and HSBC BANK USA shall have discharged its obligations as garnishee in this action upon making such payment of the attached funds into the

Registry of this Court; and it is further

**ORDERED** that the Clerk of the Court shall deposit the attached funds in an account in which the attached funds will earn interest to abide the further Order of this Court.

Dated:   New York, New York
         June  , 2008

SO ORDERED:

_____
U.S.D.J.