```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
OLIVINE ELECTRONICS PTE LTD.,

               Plaintiff,

   -against-

COMPANIA SUD AMERICANA DE VAPORES S.A.
a/k/a CSAV or CSAV S.A.,
              Defendant.
------------------------------------X

07 CV 3149 (SHS)

ORDER FOR PLACING
FUNDS INTO CRIS

     Upon the application of the defendant Compania Sud Americana de Vapores S.A., by and through its attorneys, Mahoney & Keane, LLP, and upon the deposit, on the ___ day of June 2008, of the sum of US$701,476.46 with the Clerk of the Court by HSBC Bank USA, said deposit to abide the further order of the Court in this action, it is hereby;

     **ORDERED** that the Clerk of the Court, as soon as the business of his office allows, prepare the necessary forms to effectuate the transfer of said funds from the Registry of the Court of the Southern District of New York to the Registry of the Court of the Southern District of Texas for the purpose of placing said funds into the Court Registry Investment System, Interest Bearing Account; and it is further

     **ORDERED** that the Clerk shall deduct from the income earned on the investment a fee not exceeding that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office whenever such income becomes available for deduction from the investment so held and

without further order of this Court.

Defendant Compania Sud Americana de Vapores, S.A. shall serve a signed copy of this order on the Clerk of the Court in Room 120 and on a Financial Deputy in the Cashier's Office in Room 120.

Dated:   New York, New York
         June  , 2008

SO ORDERED:

_____
U.S.D.J.