```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
OLIVINE ELECTRONICS PTE LTD.,            07 CV 3149 (SHS)

                        Plaintiff,
                                         DECLARATION OF
          -against-                      PERSONAL SERVICE


COMPANIA SUD AMERICANA DE VAPORES S.A.
a/k/a CSAV or CSAV S.A.,
                        Defendant.
------------------------------------X
```

CHRISTOPHER H. MANSUY declares that:

1. I am not a party to this action, I am over 18 years of age and reside in New Jersey. I am an attorney with the law firm of MAHONEY & KEANE, LLP, the attorneys for the within named defendant with offices at 11 Hanover Square at 76 Beaver Street, 10th Floor, New York, New York 10005.

    2.    On June 18, 2008 I served upon the person of:
    Clerk of the Court,
    Southern District of New York
    Rm. 120
    and
    Financial Deputy in the Cashier's office
    Rm. 120
    United States Courthouse
    500 Pearl Street,
    New York, New York 10007

True copies of the annexed:

    Order for Placing Funds into
    CRIS

by delivering same to the Deputy Clerks in room 120.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed: New York, New York
          June 18, 2008

_____
CHRISTOPHER H. MANSUY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
OLIVINE ELECTRONICS PTE LTD.,

                    Plaintiff,

   -against-

COMPANIA SUD AMERICANA DE VAPORES S.A.
a/k/a CSAV or CSAV S.A.,
                    Defendant.
----------------------------------------X



07 CV 3149 (SHS)

ORDER FOR PLACING
FUNDS INTO CRIS

     Upon the application of the defendant Compania Sud Americana de Vapores S.A., by and through its attorneys, Mahoney & Keane, LLP, and upon the deposit, on the ___ day of June 2008, of the sum of US$701,476.46 with the Clerk of the Court by HSBC Bank USA, said deposit to abide the further order of the Court in this action, it is hereby;

     **ORDERED** that the Clerk of the Court, as soon as the business of his office allows, prepare the necessary forms to effectuate the transfer of said funds from the Registry of the Court of the Southern District of New York to the Registry of the Court of the Southern District of Texas for the purpose of placing said funds into the Court Registry Investment System, Interest Bearing Account; and it is further

     **ORDERED** that the Clerk shall deduct from the income earned on the investment a fee not exceeding that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office whenever such income becomes available for deduction from the investment so held and

without further order of this Court.

Defendant Compania Sud Americana de Vapores, S.A. shall serve a signed copy of this order on the Clerk of the Court in Room 120 and on a Financial Deputy in the Cashier's Office in Room 120.

Dated:   New York, New York
         June 6 , 2008

SO ORDERED:

_____
U.S.D.J.

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
OLIVINE ELECTRONICS PTE LTD.,              07 CV 3149 (SHS)

                    Plaintiff,
                                           DECLARATION OF
        -against-                          PERSONAL SERVICE


COMPANIA SUD AMERICANA DE VAPORES S.A.
a/k/a CSAV or CSAV S.A.,
                    Defendant.
------------------------------------X
```

CHRISTOPHER H. MANSUY declares that:

1. I am not a party to this action, I am over 18 years of age and reside in New Jersey. I am an attorney with the law firm of MAHONEY & KEANE, LLP, the attorneys for the within named defendant with offices at 11 Hanover Square at 76 Beaver Street, 10th Floor, New York, New York 10005.

    2.    On June 18, 2008 I served upon the person of:
        Clerk of the Court,
        Southern District of New York
        Rm. 120
        and
        Financial Deputy in the Cashier's office
        Rm. 120
        United States Courthouse
        500 Pearl Street,
        New York, New York 10007

True copies of the annexed:

        Order for Placing Funds into
        CRIS

by delivering same to the Deputy Clerks in room 120.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed: New York, New York
         June 18, 2008

_____
CHRISTOPHER H. MANSUY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
OLIVINE ELECTRONICS PTE LTD.,

                Plaintiff,

  -against-

COMPANIA SUD AMERICANA DE VAPORES S.A.
a/k/a CSAV or CSAV S.A.,
                Defendant.
-------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08

07 CV 3149 (SHS)

ORDER FOR PLACING
FUNDS INTO CRIS

[Stamp: JUN 18 2008 U.S.D.C. S.D.N.Y. CASHIERS]

      Upon the application of the defendant Compania Sud Americana de Vapores S.A., by and through its attorneys, Mahoney & Keane, LLP, and upon the deposit, on the ___ day of June 2008, of the sum of US$701,476.46 with the Clerk of the Court by HSBC Bank USA, said deposit to abide the further order of the Court in this action, it is hereby;

      **ORDERED** that the Clerk of the Court, as soon as the business of his office allows, prepare the necessary forms to effectuate the transfer of said funds from the Registry of the Court of the Southern District of New York to the Registry of the Court of the Southern District of Texas for the purpose of placing said funds into the Court Registry Investment System, Interest Bearing Account; and it is further

      **ORDERED** that the Clerk shall deduct from the income earned on the investment a fee not exceeding that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office whenever such income becomes available for deduction from the investment so held and

without further order of this Court.

Defendant Compania Sud Americana de Vapores, S.A. shall serve a signed copy of this order on the Clerk of the Court in Room 120 and on a Financial Deputy in the Cashier's Office in Room 120.

Dated:  New York, New York
        June 6 , 2008

SO ORDERED:

_____
U.S.D.J.

2