```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

OLIVINE ELECTRONICS PTE, LTD.,              :       07 Civ. 3149 (SHS)

                Plaintiff,              :

    -against-                                       :       ORDER

COMPANIA SUD AMERICANA DE VAPORES      :
S.A.,
                                                           :

                Defendant.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      It appearing from the Court's records that this matter is currently being litigated in London, and it appearing that funds were attached pursuant to the Order for Process of Maritime Attachment dated April 19, 2008,

      IT IS HEREBY ORDERED that:

      1.     The Clerk of Court is directed to place this action on the suspense calendar; and

      2.     The parties shall provide the Court with a status report on the London litigation, in writing, commencing September 1, 2008, and every six months thereafter.

Dated: New York, New York
       July 22, 2008

                                                         SO ORDERED:

                                                         Sidney H. Stein, U.S.D.J.